Commonwealth of Pennsylvania, Department of Transportation, Appellant, *v.* Charles R. Sheets and Charles C. Snedeker, Appellees.

Argued September 12, 1973, before Judges CRUMLISH, JR., MENCER and BLATT, sitting as a panel of three.

*Mark S. Silver,* Assistant Attorney General, with him *William D. Miller,* Assistant Attorney General, *Robert W. Cunliffe,* Deputy Attorney General, and *Israel Packel,* Attorney General, for appellant.

*H. Joseph Hepford,* with him *Hepford, Zimmerman & Swartz,* for appellees.

OPINION PER CURIAM, September 27, 1973:

This is an appeal from an order of the Court of Common Pleas of Dauphin County awarding condemnation damages in the amount of $45,000.00 to Charles R. Sheets and Charles C. Snedeker. Having reviewed the record, we hereby affirm the lower court's order and adopt the opinion of Judge WARREN G. MORGAN as reported in *Sheets v. Commonwealth,* 95 Dauph. 218 (1973).